**Mary-Anne S. Rayburn,** OSB No. 803680
Email: mrayburn@gordon-polscer.com
**GORDON & POLSCER, L.L.C.**
Suite 650
9755 S.W. Barnes Road
Portland, OR 97225
Telephone: (503) 242-2922
Facsimile: (503) 242-1264

Of Attorneys for Defendant Tiffin Motorhomes, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CRAIG LOWENBERG,**<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>**B YOUNG RV,** a Oregon company; **TIFFIN MOTOR HOME, INC.**; an Alabama corporation; **COMMAND ELECTRONICS, INC.**, a Michigan corporation, and **RLI INSURANCE COMPANY**, an Illinois corporation,<br><br>　　　　　　　　Defendants. | Case No.　　3:15-cv-00211-SI<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Based upon the stipulation of the parties that a general judgment of dismissal with prejudice of plaintiff's claims against all Defendants be entered without costs to any party, IT IS HEREBY

///

///

**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**　　　　　　　　Page 1

ORDERED AND DECREED that a General Judgment of Dismissal with Prejudice of Plaintiff's claims against all Defendants is hereby entered without costs to any party.

DATED this 13th day of September, 2016.

_____
The Honorable Michael H. Simon
U.S. District Court Judge

IT IS SO STIPULATED:

| | |
|---|---|
| DATED this 9th day of September, 2016 | DATED this 9th day of September, 2016 |
| MALONEY LAUERSDORF REINER, P.C. | GORDON & POLSCER, LLC |
| By: /s/ Andrew C. Lauersdorf<br>Andrew C. Lauersdorf, OSB#980739<br>Attorney for Plaintiff Craig Lowenberg | By: /s/ Mary-Anne S. Rayburn<br>Mary-Anne S. Rayburn, OSB 803680<br>Attorney for Defendant Tiffin Motorhomes, Inc. |
| DATED this 9th day of September, 2016 | DATED this 9th day of September, 2016 |
| COSGRAVE VERGEER KESTER, LLP | SPOONER & MUCH, PC |
| By: /s/ Nicole M. Nowlin<br>Nicole M. Nowlin, OSB#051316<br>Attorney for Defendant<br>Command Electronics, Inc. | By: /s/ Ralph C. Spooner<br>Ralph C. Spooner. OSB#73288<br>Attorney for Defendant BYRV, Inc. dba<br>B. Young RV |

DATED this 9th day of September, 2016

BETTS PATTERSON & MINES, PS

By: /s/ Jeffrey S. Tindal
Jeffrey S. Tindal, WSB#29286
Pro Hac Vice Attorney for
Defendant RLI Insurance Company